1  LAWRENCE BREWSTER, Regional Solicitor
   SUSAN GILLETT KUMLI, Counsel for Safety and Health
2  JOSEPH M. LAKE, Trial Attorney
   lake.joseph@dol.gov
3  California State Bar No. 246679
   Office of the Solicitor
4  United States Department of Labor
   90 Seventh Street, Suite 3-700
5  San Francisco, California 94103
   Telephone: (415) 625-7752
6  Facsimile: (415) 625-7772

**FILED**

**JUN 27 2011**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

7  Attorneys for Plaintiff
   HILDA L. SOLIS, SECRETARY OF LABOR
8  UNITED STATES DEPARTMENT OF LABOR

9              THE UNITED STATES DISTRICT COURT FOR THE

10                  EASTERN DISTRICT OF CALIFORNIA

11  HILDA L. SOLIS, Secretary of Labor,        Case No.: Civ.S-11-1706 JAM JFM
    United States Department of Labor
12                                              (PROPOSED) ORDER GRANTING
                Plaintiff,                      PLAINTIFF'S MOTION FOR TEMPORARY
13                                              RESTRANIING ORDER AND SETTING
         v.                                     DATE FOR PRELIMINARY INJUNCTION
14                                              HEARING
    ORLAND SAND & GRAVEL CORPORATION,
15
                Defendant
16

17       This matter is before the Court upon the application of Plaintiff, Hilda L. Solis, Secretary of

18  Labor, United States Department of Labor, (the "Secretary"), pursuant to Rule 65 of the Federal Civil

19  Procedure, for a temporary order restraining Defendant Orland Sand & Gravel Corporation from

20  continuing to violate Section 103 of the Federal Mine Safety & Health Act of 1977, 30 U.S.C. §§ 801

21  et seq. (hereinafter referred to as "the Act") by denying authorized representatives of the Secretary

22

23  entry to the Orland Sand and Gravel Corporation mine operated by the Defendant; refusing to permit

24  inspection of the mine and related equipment; and interfering with, hindering and delaying the

25  Secretary of Labor or her authorized representatives from carrying out the provisions of the Act; and

26  from continuing to violate Section 104(b) of the Act by refusing to comply with Order of Withdrawal

27  No. 8603273.

28

(**Proposed**) Order Granting Temporary Restraining Order                                        1

Having considered the evidence and the arguments of counsel, and further good cause appearing, the Court finds that:

1. There is reasonable grounds to believe that the Defendant has violated and is continuing to violate Sections 103 and 104(b) of the Act by denying entry to an authorized representative of the Secretary to inspect Defendant's mine;

2. Under Section 108(a) of the Act, 30 U.S.C. § 818(a), this Court has the jurisdiction and the power to restrain the Defendant from continuing to violate Sections 103 and 104(b) of the Act;

3. The public interest will be irreparably harmed unless Defendant is restrained from continuing to violate Sections 103 and 104(b) of the Act.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1. Defendant, its agents, servants, employees, and those persons in active concert or participation with it, are restrained from violating Section 103 of the Act by denying authorized representatives of the Secretary entry to and to permit the inspection of the Orland Sand and Gravel Corporation mine operated by the Defendant; refusing to permit inspection of the mine and related equipment; and interfering with, hindering and delaying the Secretary of Labor or her authorized representatives from carrying out the provisions of the Act;

2. Defendant, its agents, servants, employees, and those persons in active concert or participation with it, are restrained from violating Section 104(b) of the Act by refusing to comply with Order of Withdrawal No. 8603273;

3. This Temporary Restraining Order shall, unless it is further extended by order of this Court, remain in full force and effect until the 29th day of June, 2011, at the hour of 9:30 a.m., local time, at which time the Defendant shall appear before this Court, in Courtroom 6 of the United States District Court for the Eastern District of California, located at 501

1 | I Street, Suite 4-200, Sacramento, California, for the Court to consider the Plaintiff's motion for
2 | preliminary injunction;

    4.    Defendant has until _June 28_, 2011, to file papers in opposition to Plaintiff's motion for preliminary injunction; and,

    5.    This Temporary Restraining Order shall be served on the Defendant or its attorney.

    6.    Plaintiff is exempt from posting security, under Fed. R. Civ. P. 65(c), as an officer of the United States.

IT IS SO ORDERED.

This _27th_ day of _June_, 2011 at Sacramento, California at the hour of _9:30 a.m._.

_____
UNITED STATES DISTRICT JUDGE

(**Proposed**) Order Granting Temporary Restraining Order    3