LAWRENCE BREWSTER, Regional Solicitor
SUSAN GILLETT KUMLI, Counsel for Safety and Health
JOSEPH M. LAKE, Trial Attorney
lake.joseph@dol.gov
California State Bar No. 246679
Office of the Solicitor
United States Department of Labor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7752
Facsimile: (415) 625-7772

Attorneys for the Plaintiff
HILDA L. SOLIS, SECRETARY OF LABOR
UNITED STATES DEPARTMENT OF LABOR

**FILED**

JUN 29 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor<br><br>Plaintiff,<br><br>v.<br><br>ORLAND SAND & GRAVEL CORPORATION,<br><br>Defendant | Case No.: CIV.S-11-1706 JAM JFM<br><br>(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

This matter is before the Court upon the motion of Plaintiff, Hilda L. Solis, Secretary of Labor, United States Department of Labor, (the "Secretary"), pursuant to Rule 65 of the Federal Civil Procedure, for a preliminary injunction enjoining Defendant Orland Sand & Gravel Corporation from continuing to violate Section 103 of the Federal Mine Safety & Health Act of 1977, 30 U.S.C. §§ 801 et seq. (hereinafter referred to as "the Act"), by denying authorized representatives of the Secretary entry to the Orland Sand and Gravel Corporation mine operated by the Defendant; refusing to permit inspection of the mine and related equipment; and interfering with, hindering and delaying the Secretary of Labor or her authorized representatives from carrying out the provisions of the Act; and from continuing to violate Section 104(b) of the Act by refusing to comply with Order of Withdrawal No. 8603273.

(Proposed) Order Granting Preliminary Injunction                                                                              1

1 | Having considered the evidence and the arguments of counsel, and further good cause appearing, the Court finds that:

    1.    There is reasonable grounds to believe that the Defendant has violated Sections 103 and 104(b) of the Act by denying entry to an authorized representative of the Secretary to inspect Defendant's mine and will continue to violate Sections 103 and 104(b) of the Act upon dissolution of the temporary restraining order granted previously by the Court;

    2.    Under Section 108(a) of the Act, 30 U.S.C. § 818(a), this Court has the jurisdiction and the power to enjoin the Defendant from continuing to violate Sections 103 and 104(b) of the Act;

    3.    The public interest will be irreparably harmed unless Defendants are enjoined from continuing to violate Sections 103 and 104(b) of the Act;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

    1.    Defendant, its agents, servants, employees, and those persons in active concert or participation with it, are enjoined from violating Section 103 of the Act by denying authorized representatives of the Secretary entry to and to permit the inspection of the Orland Sand and Gravel Corporation mine operated by the Defendant; refusing to permit inspection of the mine and related equipment; and interfering with, hindering and delaying the Secretary of Labor or her authorized representatives from carrying out the provisions of the Act;

    2.    Defendant, its agents, servants, employees, and those persons in active concert or participation with it, are enjoined from violating Section 104(b) of the Act by refusing to comply with Order of Withdrawal No. 8603273;

    3.    This Preliminary Injunction shall remain in full force and effect until such time as the merits of Plaintiff's Complaint have been resolved, or upon order of the Court;

    4.    This Preliminary Injunction shall be served on the Defendant or its attorney, and;

5. Plaintiff is exempt from posting security under Fed. R. Civ. P. 65(c) as an officer of the United States.

IT IS SO ORDERED.

This 29th day of June, 2011 at Sacramento, California at the hour of 10 a.m.

UNITED STATES DISTRICT JUDGE

(Proposed) Order Granting Preliminary Injunction          3