UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**HILDA A. SOLIS, Secretary of Labor**
**United States Department of Labor,**

                                                                                           **DEFAULT JUDGMENT**

    v.

                                                           Case No. 2:11-CV-1706 JAM JFM (PS)

**Orland Sand & Gravel Corporation**

_____

          **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

          **Orland Sand & Gravel Corporation**

March 12, 2013

                                                            VICTORIA C. MINOR, CLERK

                                                            By: /s/ L.Reader, Deputy Clerk