**Notice to Principal is Notice to Agent,**
**Notice to Agent is Notice to Principal,**
**Applicable to all Successors, Assigns, and Agents:**
Silence, when there is a moral or legal Duty to respond, constitutes Agreement.

DALE ROY BOGART, Estate
(sole owner of Orland Sand & Gravel Corporation)
General Executor Office
c/o Post Office Box 815 [95963]
Orland (63), California Republic          11CV1706 JAM JFM

Express Overnight Label Number EI 940 489 581 US

To: **Morrison C. England, Jr.** a.k.a. MORRISON C ENGLAND, JR
    In care of and to the attention:
    Marianne Matherly, a.k.a. MARIANNE MATHERLY, alleged duly authorized agent for "9TH CIRCUIT COURT, Also Trades As: U S DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA"
    501 I Street, Suite 4-600 [95814]
    Sacramento (14), California Republic

**FILED**
AUG 6 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Filed on: The fifth day of the Eighth Month, A. D. Two thousand and thirteen.

# Lawful Notice and Praecipe

**Know all Men by these Presents**, the undersigned General Executor for DALE ROY BOGART, Estate (hereinafter, "the Estate"), is a non-resident alien, does hereby declare (hereinafter, "Declarant") and state the following material Facts, to wit:

### Juris et de Jure

### Declaration to Quash forthwith Respondents' Private Commercial File / "Case No. 2:11-CV-01706-JAM-JFM (AC)" and any and all Orders or Warrants for Cause: WANT OF VENUE AND JURISDICTION – Personal, Territorial, and Subject Matter

California state.
Glenn county.

**Definitions:**

A "**non-resident alien**" is defined at – Statutes at Large, Act of Congress of April 14, A. D. 1802, [2, Stat. 153, c. 28, §1; Rev. St. §2165; also see: *City of Minneapolis v. Reum* (Circuit Court of Appeals, Eighth circuit. May 29, A. D. 1893.)]

**In personam jurisdiction** means the power which a court has over the defendant himself, in contrast to the court's power over the defendant's interest in property ... or power over the property itself (*in rem*). A court which lacks personal jurisdiction is without power to issue an in personam judgment [see: *Pennoyer v. Neff*, 95 U.S. 714, 24 L. ed. 565. BLACK'S LAW DICTIONARY, Revised Fourth Edition.]

**A. Quash.** TO QUASH, practice. To overthrow or annul. 2. When proceedings are clearly irregular and void, the courts will quash them, both in civil and criminal cases: for example, when the array is clearly irregular, as if the jurors have been selected by persons not authorized by law, it will be quashed [see: Bov. Inst. n. 3342.] 4. In criminal cases, when an indictment is so defective (there is none) that no judgment can be given upon it, should the defendant be convicted, the court, upon application, will in general quash it; as if it has no jurisdiction of the offense charged, or when the matter charged is not indictable. [see: *1 Burr. 516; Andr. 225*. LAW DICTIONARY OF CONSTITUTION AND LAWS OF THE UNITED STATE OF AMERICA by John Bouvier, Eighth Edition Vol. II 1859.]

**B. Quash.** To overthrow; to abate; to vacate; to annul; to make void; *e.g.* To quash an indictment [see: BLACK'S LAW DICTIONARY, Revised Fourth Edition].

**Notice to Principal is Notice to Agent,**
**Notice to Agent is Notice to Principal,**
**Applicable to all Successors, Assigns, and Agents:**
Silence, when there is a moral or legal Duty to respond, constitutes Agreement.

**Strike off** means: A court is said to, "strike off," a case when it directs the removal of the case from the record or docket, as being on over which it has no jurisdiction and no power to hear and determine it [see: BLACK'S LAW DICTIONARY, Revised Fourth Edition].

## To Respondents:

Marianne Matherly, a.k.a. MARIANNE MATHERLY

Morrison C. England, Jr. a.k.a. MORRISON C ENGLAND, JR

Gary S. Austion, a.k.a. GARY S AUSTIN

Dennis L. Beck, a.k.a. DENNIS L BECK

Stanley A. Boone, a.k.a. STANLEY A BOONE

Edmund F. Brennan, a.k.a. EDMUND F BRENNAN

Garland E. Burrell, Jr., a.k.a. GARLAND E BURRELL, JR

Allison Claire, a.k.a. ALLISON CLAIRE

Carolyn K. Delaney, a.k.a. CAROLYN K DELANEY

Dale A. Drozd, a.k.a. DALE A DROZD

Gregory G. Hollows, a.k.a. GREGORY G HOLLOWS

Anthoy W. Ishii, a.k.a. ANTHONY W ISHII

Lawrence K. Karlton, a.k.a. LAWRENCE K KARLTON

Craig M. Kellison, a.k.a. CRAIG M KELLISON

Barbara A. McAuliffe, a.k.a. BARBARA A MCAULIFFE

John A. Mendez, a.k.a. JOHN A MENDEZ

John F. Moulds, a.k.a. JOHN F MOULDS

Kimberly J. Meuller, a.k.a. KIMBERLY J MEULLER

Kendall J. Newman, a.k.a. KENDALL J NEWMAN

Troy L. Nunley, a.k.a. TROY L NUNLEY

Sheila K. Oberto, a.k.a. SHEILA K OBERTO

Lawrence J. O'Neill, a.k.a. LAWRENCE J ONEILL

Michael J. Seng, a.k.a. MICHAEL J SENG

William B. Shubb, a.k.a. WILLIAM B SHUBB

Sandra M. Snyder, a.k.a. SANDRA M SNYDER

Jennifer L. Thurston, a.k.a. JENNIFER L THURSTON

Hilda L. Solis, a.k.a. HILDA L. SOLIS, d.b.a. "Secretary of Labor"

Seth D. Harris, a.k.a. SETH D. HARRIS, d.b.a. "Acting Secretary of Labor"

And John / Jane Does, one through ten thousand

## Plain Statement of Facts

1. Demandant comes by Special Visitation (*i.e.*, a restricted appearance within the Admiralty) to this "9TH CIRCUIT COURT, Also Trades As: U S DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA" (**DUNS number 609747373**), and does make this **appearance *de bene esse*[1]** in order to state the following material Facts.

---

[1] An **appearance *de bene esse*** is designed to permit a party to a proceeding to refuse to submit his person to the jurisdiction of the court unless it is finally determined that he has forever waived that right. Such an appearance is therefore a special appearance designed to allow the accused to meet and discharge the **contractual requirement** of making an appearance, and at the same time, to refuse to submit to the jurisdiction of any alleged plaintiff (and therefore of the applicable court), **unless and until** some duly authorized Agent of the alleged plaintiff makes all disclosures, specifically by producing a complaint of damage or injury, **signed** and **verified by the injured party** [see: *e.g., Farmers Trust Co. v. Alexander*, 6 A.2d 262, 265].

**Notice to Principal is Notice to Agent,
Notice to Agent is Notice to Principal,
Applicable to all Successors, Assigns, and Agents:**
Silence, when there is a moral or legal Duty to respond, constitutes Agreement.

2. In the First Instance, all Notices, Contracts, Agreements to Appear, and Orders in Respondents' commercial file / "Case No. 2:11-CV-01706-JAM-JFM(AC)" are hereby rescinded, quashed and have been returned for Cause, *i.e.*, want of any valid offer of proof and evidence of Personal, Territorial, and Subject Matter Jurisdiction in the instant commercial Matter.

3. Declarant has no certified, documented offer of proof, or subject matter jurisdiction, that would rise to the level of admissible evidence, that would substantiate beyond a reasonable doubt, from We, the People, through the United States of America Congress and United State of America Secretary of State Office, that the Estate (sole owner of Orland Sand & Gravel Corporation) and its General Executor Office, both non-resident aliens, are not within the venue and jurisdiction – personal of Constitution of California (A. D. 1849), adopted by the Convention of October 10, A. D. 1849, ratified by the People November 13, A. D. 1849 and proclaimed December 20, A. D. 1849.

4. Declarant has no certified, documented offer of proof, or subject matter jurisdiction, that would rise to the level of admissible evidence that would substantiate beyond a reasonable doubt, from Respondents, or We, the People, through the United States of America Congress and United States of America Secretary of State Office, or from We, the People's state legislature and California Secretary of State Office that Respondents have constitutional venue and jurisdiction – personal over the Estate or its General Executor Office, both being non-resident aliens.

5. Declarant has no certified, documented offer of proof, or subject matter jurisdiction, that would rise to the level of admissible evidence that would substantiate beyond a reasonable doubt, from Respondents, or We, the People, through the United States of America Congress and United States of America Secretary of State Office, that Respondents can act in excess and exceed their constitutional venue and jurisdiction and act in the constitutional venue and jurisdiction – personal of the Estate and its General Executor Office, that being the Constitution of California, A. D. 1849, adopted by the Convention on October 10, A. D. 1849, ratified by the People, November 13, A. D. 1849 and proclaimed December 20, A. D. 1849.

6. Declarant has no certified, documented offer of proof, or subject matter jurisdiction, that would rise to the level of admissible evidence that would substantiate beyond a reasonable doubt, from Respondents, or We, the People, through the United States of America Congress and United States of America Secretary of State Office, or from We, the People's state legislature and California Secretary of State Office that Respondents can act as a Trustee or Attorney in the venue and jurisdiction – personal of the Estate or its General Executor Office, both non-resident aliens.

7. Declarant has no certified, documented offer of proof, or subject matter jurisdiction, that would rise to the level of admissible evidence that would substantiate beyond a reasonable doubt, from Respondents, or We, the People, through the United States of America Congress and United States of America Secretary of State Office, or from We, the People's state legislature and California Secretary of State Office that Respondents have lawful venue and jurisdiction – personal over the *ens legis* person, "DALE ROY BOGART".

8. Declarant has no certified, documented offer of proof, or subject matter jurisdiction, that would rise to the level of admissible evidence that would substantiate beyond a reasonable doubt, from Respondents, or We, the People, through the United States of America Congress and United States of America Secretary of State Office, or from We, the People's state legislature and California Secretary of State Office that Respondents can act as Trustee or Attorney in the venue and jurisdiction – personal of the, Estate, its General Executor Office, or over the *ens legis* person "DALE ROY BOGART", said venue and jurisdiction being the **Constitution of California** (A. D. 1849).

9. Declarant has no certified, documented offer of proof, or subject matter jurisdiction, that would rise to the level of admissible evidence that would substantiate beyond a reasonable doubt, from Respondents, or We, the People, through the United States of America Congress and United States of America Secretary of State Office, or from We, the People's state legislature and California Secretary of State Office that Respondents have not acted in bad faith and unclean hands in regard to the **Stipulation to Material Facts by Agreement of the Parties and Notice of Estoppel**

## Notice to Principal is Notice to Agent,
## Notice to Agent is Notice to Principal,
## Applicable to all Successors, Assigns, and Agents:
### Silence, when there is a moral or legal Duty to respond, constitutes Agreement.

(see annexed certified copy) previously served by Registered Mail (RB 855 183 588 US) on Respondent Hilda L. Solis, a.k.a. HILDA L. SOLIS, d.b.a. "Secretary of Labor".

10. Declarant has no certified, documented offer of proof, or subject matter jurisdiction, that would rise to the level of admissible evidence that would substantiate beyond a reasonable doubt, from Respondents, or We, the People, through the United States of America Congress and United States of America Secretary of State Office, that Respondents have not agreed and stipulated that they are in want of venue and jurisdiction – personal and that Respondents' commercial file / "Case No. 2:11-CV-01706-JAM-JFM(AC)" is deemed a vendetta, void *ab initio*, and recalled for Cause, *i.e.*, want of Personal, Territorial, and Subject Matter Jurisdiction in the instant commercial Matter.

11. Declarant has no certified, documented offer of proof, or subject matter jurisdiction, that would rise to the level of admissible evidence that would substantiate beyond a reasonable doubt, from Respondents, or We, the People, through the United States of America Congress and United States of America Secretary of State Office, or from We, the People's state legislature and California Secretary of State Office that Respondents have been delegated authority to disparage Declarant or the Estate from **Constitution of California** (A. D. 1849), which is Declarant's and the Estate's venue and jurisdiction – personal.

12. Declarant has no certified, documented offer of proof, or subject matter jurisdiction, that would rise to the level of admissible evidence that would substantiate beyond a reasonable doubt, from Respondents, or We, the People, through the United States of America Congress and United States of America Secretary of State Office, that Respondents or their assigns have delegated authority to issue any Order that is in excess of and exceeds their venue and jurisdiction, said Order crossing over the line into the venue and jurisdiction of the **Constitution for the united States of America 1787 A. D. and Amendments 1789 A. D. to 1819 A. D. and Constitution of California** (A. D. 1849), and/or a non-resident alien venue and jurisdiction, and/or Declarant's and Estate's venue and jurisdiction – personal and/or even the *ens legis* person's (DALE ROY BOGART), venue and jurisdiction – personal.

13. **Therefore,** all parties agree and stipulate that, as a Matter of Law, all Orders in Respondents' commercial file / "Case No. 2:11-CV-01706-JAM-JFM (AC)" are forthwith recalled and quashed, until an Answer from Respondents, point-by-point, is filed and returned to the above mail location, **no later than ten (10) days of above file date,** for good cause herein shown, or in the Alternative is conditionally accepted.

14. **Therefore, if no answer is filed and served within 10 days on the General Executor of the Estate,** at the **exact** mail location set out above, as a Matter of Law, the "ORDER TO SHOW CAUSE" dated "June 20, 2013" is recalled, ordered quashed and deemed stipulated as final settlement to all courts of law and equity.

### Conditional Acceptance of and Final Settlement of:
### Respondents' commercial file / "Case No. 2:11-CV-01706-JAM-JFM (AC)"

**Lawful Notice** is hereby given that Declarant shall not reappear or respond to further correspondence or action by Respondents, unless and only after receiving a good faith response or answer from Respondents, **sent to the above mail location by Respondents,** in the form of "certified, documented offer of proof, that will rise to a level of admissible evidence, that will substantiate beyond a reasonable doubt, with subject matter jurisdiction from We, the People, through the Unites States of America Congress and United States of America Secretary of State Office, with answers, point-by-point, with points and authorities, with admissible evidence, that prove Respondents have venue and Jurisdiction – personal over Declarant and the Estate, both non-resident aliens, in the first instance and, in the second instance, show proof that Respondents are not acting in all absence of personal jurisdiction, pursuant to the **supreme Law of the Land**: Constitution for the united States of America, done on the seventeenth day of September, A. D. 1787; with certified copy of all Respondents' Oaths of Office to support said Constitution; and identify clearly and concisely who shall indemnify Declarant, the Estate and all legal fictions. Upon an Answer with certified, documented admissible evidence and proof in the first instance of personal jurisdiction, by Contracts, and in the second

**Notice to Principal is Notice to Agent,
Notice to Agent is Notice to Principal,
Applicable to all Successors, Assigns, and Agents:**
Silence, when there is a moral or legal Duty to respond, constitutes Agreement.

instance of all subject matter jurisdiction by Respondents' by certified copies of the Legislative Acts which delegate such authority to Respondents to disparage Declarant and the Estate from personal jurisdiction and to usurp subject matter jurisdiction of said law, and upon receipt by Declarant, the Estate and all *ens legis* fictions, of a complete answer, point-by-point, Declarant and the Estate shall **conditionally accept**, by Special Appearance (a restricted appearance in Admiralty), at hearing dates for further jurisdictional challenge or settlement.

**In the Alternative**, without answer from Respondents, all **hearing appearance dates are vacated** and ALL Orders and any Warrants are quashed, *ab initio*.

**NOTICE:** failure to serve an answer to this Declaration to Quash within ten (10) days from receipt by all respondents, the Respondents' commercial file / "Case No. 2:11-CV-01706-JAM-JFM (AC)" shall be deemed and stipulated to as all signatures / contracts are rescinded for Fraud and void, *ab initio*, all records are ordered expunged, quashed with prejudice and said file / case is deemed stipulated as terminated by final settlement to all courts of law and equity.

ACCEPTANCE OF THIS SETTLEMENT – FINAL BY, AND ESTOPPEL AGAINST REPONDENTS, ALL COURTS OF LAW AND EQUITY, AND DECLARANT AND DECEASED PARTY ARE ORDERED DISCAHRGED, CASE DISMISSED – TERMINATED – FINAL.

**IT IS SO ORDERED.**

**(As previously noticed, all correspondence and answers shall be served or sent to the exact mail location above, without exceptions.)**

**NOTICE:** All previous correspondence / documents were returned for Cause to Respondents.

On the ___fifth___ day of the ___eighth___ Month, A. D. Two thousand and thirteen.

General Executor Office
By: General Executor, *Dale Ray [Bogart]*

California state

Glenn county

Sworn and subscribed before me on this ___5___ day of August, A. D. Two thousand and thirteen, in Glenn county, California.

___Notary___                                                   seal

DENNIS G. HOFFMAN
Commission # 1955867
Notary Public - California
Glenn County
My Comm. Expires Nov 6, 2015

Clerk's Certificate of Mailing. I certify that I am not a party to this action. This Lawful Notice was mailed USPS Overnight Express Mail, postage prepaid, in a sealed envelope, to the parties shown above from the community of Orland, in the California Republic on the ___5th___ day of August, A. D. Two thousand and thirteen.

General Executor Office, clerk, by: ___Shawn___

Notice to Principal is Notice to Agent,
Notice to Agent is Notice to Principal,
Applicable to all Successors, Assigns, and Agents:
Silence, when there is a moral or legal Duty to respond, constitutes Agreement.

From: Orland Sand & Gravel Corporation
Attention: Dale Roy [Bogart]
c/o Post Office Box 815
Orland (63), California, U. S. of A.
non-domestic mail (ZIP exempt)

Service by: Registered Mail Number RB 855 183 588 US

To: "SECRETARY OF LABOR", Hilda L. Solis (or successor in office)
c/o "UNITED STATES DEPARTMENT OF LABOR"
200 Constitution Avenue NW [20210-0001]
Washington city (24), District of Columbia, U. S. of A.

January 9, A. D. 2013

## Stipulation to Material Facts by Agreement

**In Re:** Lawful personal Authority, Fee Schedule for theft / unauthorized use of private Property under color of law / color of office, forum state Jurisdiction, statutory Construction and the meaning of legislative Enactments

Dear "Secretary" Solis (or successor in office):

We are both people with busy schedules. In order not to waste your time or mine and to prevent confusion, misunderstanding or ultra vires acts / actions on the part of any putative[1] "U.S. DEPARTMENT OF LABOR" (D.O.L.) or (Federal) "MINE SAFETY AND HEALTH ADMINISTRATION" (M.S.H.A.) officers, employees or agents, and so that I may be assured I have all the correct information and material Facts necessary for me to: (1) determine the lawful personal Authority of any D.O.L. / M.S.H.A. officer, employee or agent who may contact Orland Sand & Gravel Corporation (O.S.G.) by U. S. Mail or other means; (2) determine the forum state Jurisdiction of Title 30 of the "UNITED STATES CODE" (*i.e.* federal private municipal law); (3) determine the "persons" who are subject to said Title 30; and, (4) determine if any sums of money are lawfully due and owing to either the D.O.L. or the United States Treasury for any alleged violation(s) of said Title 30 by O.S.G. Therefore, the following questions (with answers) are provided by me in good faith, in order to be established as material Facts and to be perfected into the administrative Record by agreement of the Parties.

1) Is it true that Article Six, clause three of the Constitution of the United States requires every officer, employee or agent of the government of the United States, specifically including all D.O.L. / M.S.H.A. officers, employees and agents, to take, subscribe and properly file a constitutional Oath of Office before entering upon the duties of their office?   If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes**. [See: 28 U.S.C. Sec. 453 for the federal judiciary and 5 U.S.C. Sec. 3331 for all other federal employees or agents.]

---

[1] **putative** (adjective) - commonly put forth or accepted as true on inconclusive grounds

Notice to Principal is Notice to Agent,
Notice to Agent is Notice to Principal,
Applicable to all Successors, Assigns, and Agents:
Silence, when there is a moral or legal Duty to respond, constitutes Agreement.

2) Is it true that a personal Fidelity / Performance / Surety Bond is required by Law of every officer, employee or agent of the government of the United States, specifically including all D.O.L. / M.S.H.A. officers, employees and agents, in order to indemnify the Members of the American Body Sovereign (*i.e.*, American People) and all members of the body politic (*i.e.*, individual state Citizens, including private individuals, partnerships, corporations, etc.), who are domiciled in any of the *de jure* republic states of the American union, from damages caused by *ultra vires* acts or actions on the part of such federal officer, employee or agent? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes**.

3) Is it true that Article Two, Section Three of the Constitution of the United States requires "all the Officers of the United States" to have a civil Commission signed by the President of the United States? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes**. [See: The requirements for civil commissions as articulated in *Marbury v. Madison*, 5 U.S. 137 (1803).]

4) Is it true that 5 U.S.C. Sec. 3333 requires every officer, employee or agent of the government of the United States, including all D.O.L. / M.S.H.A. personnel, to take, subscribe and properly file an affidavit, which states in accepting and holding their respective federal office they did not and will not violate 5 U.S.C. Sec. 7311? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes**.

5) Is it true that it is a mandatory requirement of the statute law of the "STATE OF CALIFORNIA" [see: (CALIFORNIA) BUSINESS AND PROFESSIONS CODE, Sec. 6067] that all persons on their "admission [to "THE STATE BAR OF CALIFORNIA"] shall take an oath to support the Constitution of the United States and the Constitution of the State of California, and faithfully to discharge the duties of any attorney at law to the best of his [or her] knowledge and ability"; and, that a "certificate of the oath shall be indorsed upon his[or her] license"? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes**.

6) Is it true that it is a mandatory requirement of the statute law of the "STATE OF CALIFORNIA" [see: CALIFORNIA BUSINESS AND PROFESSIONS CODE, Sec. 6068 (a)] that: "It is the duty of an attorney [admitted to "THE STATE BAR OF CALIFORNIA"] "to support the Constitution and laws of the United States and of this state"? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes**.

7) Is it true that all attorneys who are D.O.L. employees and actively practicing law in the State of California, including Janet Marie Herold, Susan Rhay Gillett-Kumli and Joseph Michael Lake, are currently members in good standing with "THE STATE BAR OF CALIFORNIA"? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes**.

8) Is it true any person claiming to be a licensed attorney in California, including D.O.L. employees, Janet Marie Herold, Susan Rhay Gillett-Kumli and Joseph Michael Lake, *et al.*, who should refuse, fail, or be unable, to produce his/her

Notice to Principal is Notice to Agent,
Notice to Agent is Notice to Principal,
Applicable to all Successors, Assigns, and Agents:
Silence, when there is a moral or legal Duty to respond, constitutes Agreement.

California Supreme Court "license" indorsed with his/her "certificate of the oath" and evidence of his/her active membership in the State Bar of California, upon the demand of a client, a potential client, or an adverse party, would be, *prima facie*, in violation of: (1) the Constitution and the statutes of California, (2) his/her duties as an attorney, and (3) would, *ipso jure*[2], forfeit his/her privilege of practicing law? <u>If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer:</u> **Yes**.

9) Is it true any person claiming to be a licensed attorney in California (*e.g.*, putative D.O.L. employees, Janet Marie Herold, Susan Rhay Gillett-Kumli and Joseph Michael Lake, *et al.*), but acting without tangible verified evidence of such status is not, by operation of law, immediately subject to: (1) summary sanctions, suspension, and/or disbarment; (2) arrest; and (3) the penalties provided in the "CALIFORNIA BUSINESS & PROFESSIONS CODE", Sections 6126 and 6167? <u>If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer:</u> **Yes**. [see: West's Ann. Cal. Bus. & Prof. Code (2011), Sec. 6103; West's Ann. Cal. Penal Code (2011), Sec. 837; West's Ann. Cal. Bus. & Prof. Code (2011), Sec. 6126 and 6167]

10) Is it true that the putative "Secretary" of the "U.S. Department of Labor" (D.O.L.) and all other putative D.O.L. / M.S.H.A. officers and employees, including Randy Cardwell, Steven J. Hagedorn, Joshua Love, *et al.*, by and through putative D.O.L. attorneys, Janet Marie Herold, Susan Rhay Gillett-Kumli, Joseph Michael Lake, *et al.*, are imputed *ipso jure*, to know that it is a federal felony [see: 18 U.S.C. Sec. 1346] to engage in **"scheme or artifice to defraud"**? <u>If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer:</u> **Yes**.

11) Is it true that the putative "Secretary" of the "U.S. Department of Labor" (D.O.L.) and all other putative D.O.L. / M.S.H.A. officers and employees, including Randy Cardwell, Steven J. Hagedorn, Joshua Love, *et al.*, by and through putative D.O.L. attorneys, Janet Marie Herold, Susan Rhay Gillett-Kumli, Joseph Michael Lake, *et al.*, are imputed *ipso jure*, to know that it is a federal felony, pursuant to "The Hobbs Act" [see: 18 U.S.C. Sec. 1951(b)(2)], to engage in "extortion", which is defined as "obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right"? <u>If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer:</u> **Yes**.

12) Is it true that the putative "Secretary" of the "U.S. Department of Labor" (D.O.L.) and all other putative D.O.L. / M.S.H.A. officers and employees, including Randy Cardwell, Steven J. Hagedorn, Joshua Love, *et al.*, by and through putative D.O.L. attorneys, Janet Marie Herold, Susan Rhay Gillett-Kumli, Joseph Michael Lake, *et al.*, are imputed *ipso jure*, to know the definition of **Actual Fraud,** as set forth in the "CALIFORNIA CIVIL CODE, SECTION 1572"? <u>If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer:</u> **Yes**

---

[2] *ipso jure* – By the law itself; by the mere operation of law.

Notice to Principal is Notice to Agent,
Notice to Agent is Notice to Principal,
Applicable to all Successors, Assigns, and Agents:
Silence, when there is a moral or legal Duty to respond, constitutes Agreement.

13) Is it true that the putative "Secretary" of the "U.S. Department of Labor" (D.O.L.) and all other putative D.O.L. / M.S.H.A. officers and employees, including Randy Cardwell, Steven J. Hagedorn, Joshua Love, *et al.*, by and through putative D.O.L. attorneys, Janet Marie Herold, Susan Rhay Gillett-Kumli, Joseph Michael Lake, *et al.*, are imputed *ipso jure*, to know the definition of **Constructive Fraud** as set forth in the "CALIFORNIA CIVIL CODE, SECTION 1573"? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes**

14) Is it true that the putative "Secretary" of the "U.S. Department of Labor" (D.O.L.) and all other putative D.O.L. / M.S.H.A. officers and employees, including Randy Cardwell, Steven J. Hagedorn, Joshua Love, *et al.*, by and through putative D.O.L. attorneys, Janet Marie Herold, Susan Rhay Gillett-Kumli, Joseph Michael Lake, *et al.*, are imputed *ipso jure*, to know that it is multiple violations of both federal law and California law, to conspire with others to engage in Fraud (actual or constructive), using the United States Mail, in an attempt to obtain money or property from another party, by unlawfully assessing or attempting to collect any fee, fine or tax, under color of law or color of office, against any party, which is not due or owed by that party? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes**

15) Is it true that the putative "Secretary" of the "U.S. Department of Labor" (D.O.L.) and all other putative D.O.L. / M.S.H.A. officers and employees, including Randy Cardwell, Steven J. Hagedorn, Joshua Love, *et al.*, by and through putative D.O.L. attorneys, Janet Marie Herold, Susan Rhay Gillett-Kumli, Joseph Michael Lake, *et al.*, are imputed *ipso jure*, to know the canon of American criminal jurisprudence, which states: "*It removes all doubt that anyone who puts in motion or aids, abets, **counsels**, commands, induces or procures the commission of an illegal enterprise, even though he intentionally refrains from the direct act constituting the completed offense, but causes the commission of an indispensable element of the offense by an innocent agent or instrumentality, is guilty as a principal.*"? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes**. [see: *e.g.*, *Rothenburg v. United States*, U.S. 480 (1918), 62 L. Ed. 414, and *United States v. Hodorowicz*, C. C. A. Ill., 105 F. 2d 218 (1939), certiorari denied, 60 S. Ct. 108, 308 U.S. 584, 84 L. Ed. 489; see also: *United States v. Giles*, 300 U.S. 41 (1937), 81 L. Ed. 493, rehearing denied, 57 S. Ct. 505, 300 U.S. 687, 81 L. Ed. 888]? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes**

16) Is it true that the "UNITED STATES DEPARTMENT OF LABOR" is *not* a lawful agency of the *de jure* federal Government of the United States? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes**.

17) Is it true that the "UNITED STATES DEPARTMENT OF LABOR" and its "MINE SAFETY AND HEALTH ADMINISTRATION" are subdivisions of the foreign for-profit-and-gain, private, municipal corporation, styled as the: "UNITED STATES"? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes**.

Notice to Principal is Notice to Agent,
Notice to Agent is Notice to Principal,
Applicable to all Successors, Assigns, and Agents:
Silence, when there is a moral or legal Duty to respond, constitutes Agreement.

18) Is it true that the U.S. Congress is well aware that the enforcement of the private municipal laws of the "UNITED STATES" are strictly limited in their jurisdictional scope and **only** *apply locally* to the District of Columbia, Puerto Rico, the federal territories, enclaves, and possessions? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes.**

19) Is it true that all Federal legislation is prima facie territorial; and, therefore incursions by D.O.L. / M.S.H.A. employees or agents into any of the *de jure* republic states of the American union for purposes authorized by the "Federal Mine Safety & Health Act of 1977", *i.e.* 30 U.S.C. §§ 801 *et seq.*, are **beyond** the venue and jurisdiction prescribed by law? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes.** [See: *American Banana Co. v. U.S. Fruit*, 213, U.S. 347 at 357-358; see also: 4 U.S.C. Sec. 72].

20) Is it true that the putative "Secretary" of the "U.S. Department of Labor" (D.O.L.) and all other putative D.O.L. / M.S.H.A. officers and employees, including Randy Cardwell, Steven J. Hagedorn, Joshua Love, *et al.*, by and through putative D.O.L. attorneys, Janet Marie Herold, Susan Rhay Gillett-Kumli, Joseph Michael Lake, *et al.*, are imputed *ipso jure*, to know that Congress' plenary legislative Jurisdiction is limited to the District of Columbia, Puerto Rico, the federal territories, enclaves, and possessions (*i.e.*, places ceded by the *de jure* republic states, accepted and purchased by Congress and occupied for government purposes)? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes**. [see: federal Constitution, Article 1, section 8, clause 17; see also: United States Attorney Manual, Title 9 CRM 662, 663, 664, 664]

21) Is it true that the private municipal laws of the "UNITED STATES", including the "Federal Mine Safety & Health Act of 1977", *i.e.* 30 U.S.C. §§ 801 *et seq.*, are strictly limited to the federal territories, enclaves, and possessions that Congress has exclusive legislative jurisdiction over? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes**

22) Is it true that O.S.G. is a private California corporation, which is lawfully domiciled within the lawful venue and jurisdiction of the territorial Boundaries of the *de jure* republic state of California (Calif.), and **is not** now, nor has it ever been, within the territorially-limited forum state jurisdiction of the "UNITED STATES CODE", including Title 30 of said Code? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes**

23) Is it true that O.S.G. **is not** a "person" liable to or for any of the private municipal laws of the UNITED STATES", specifically including the "Federal Mine Safety & Health Act of 1977", *i.e.* 30 U.S.C. §§ 801 *et seq.*? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes**

24) Is it true that O.S.G. **is not** liable to or for any of the U.S. Government's "CODE OF FEDERAL REGULATIONS" (CFR), specifically including 30 CFR Part 41? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes.**

Notice to Principal is Notice to Agent,
Notice to Agent is Notice to Principal,
Applicable to all Successors, Assigns, and Agents:
Silence, when there is a moral or legal Duty to respond, constitutes Agreement.

25) Is it true that D.O.L. / M.S.H.A. officers', employees' or agents' acts or actions not authorized by law and the omission of duties imposed by law are criminal in nature; and, whether knowingly or unknowingly, D.O.L. / M.S.H.A. officers, employees or agents operating in any of the *de jure* republic states of the American union, are involved in a seditious conspiracy and racketeering enterprise? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes**.

26) Is it true that when D.O.L. / M.S.H.A. officers, employees or agents commit acts / actions while operating under color of authority of the United States government, when in reality they are agents of a principal foreign to the *de jure* federal Government of the United States, such acts / actions are offenses that can be construed as Treason and Conspiracy to commit Treason? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes**.

27) Is it true that, on November 7, A. D. 2011, the putative "Assessment Center Director", Robin Salmon, in your Wilkes Barre, Pennsylvania, D.O.L. "MINE SAFETY AND HEALTH ADMINISTRATION ASSESSMENT CENTER" (and thereby all D.O.L. / M.S.H.A. employees), received **Legal Notice** (in compliance with federal law), which was sent by Certified First-Class U. S. Mail (7004 2510 0001 2210 9514) from O.S.G., and which stated, for the administrative Record, the lawful commercial address and forum state jurisdiction at which O.S.G. will accept all correspondence and other mail matter? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes**.

28) Is it true that, since November 7, A. D. 2011, all correspondence and other mail matter sent by D.O.L. / M.S.H.A. employees to O.S.G., has been sent to a **fictitious address**, and not to the lawful commercial address stated in the Legal Notice from O.S.G., in violation of relevant federal law [18 U.S.C. Sec. 1341-1342]? If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: **Yes**.

29) Is it true that O.S.G. is entitled to prompt compensation from the "U.S. DEPARTMENT OF LABOR" for the theft or unauthorized use of O.S.G.'s private Property, including O.S.G. officer's and employees' time to respond to any correspondence or other mail matter or phone calls by any putative D.O.L. / M.S.H.A. officer, employee, or any third party agent / debt collector for any alleged D.O.L. / M.S.H.A. fines, penalties, etc., regarding mail sent to O.S.G. with a **fictitious address**, according to the following fee schedule:

> 1) The sum certain amount of **fifty-thousand** (50,000) **Dollars** per hour, with a two-hour minimum, in lawful Money of the United States of America or the current equivalent value in Federal Reserve Bank Notes, for drafting a reply to return any envelope or other mail matter sent to O.S.G. with a fictitious address, per each occurrence, plus triple damages if not paid if full within ten (10) business days of receipt of billing Invoice; 2) The sum certain amount of **five-hundred** (500) **Dollars** per minute, with a ten-minute minimum, in lawful Money of the United States of America or the current

Notice to Principal is Notice to Agent,
Notice to Agent is Notice to Principal,
Applicable to all Successors, Assigns, and Agents:
Silence, when there is a moral or legal Duty to respond, constitutes Agreement.

> equivalent value in Federal Reserve Bank Notes, for answering any phone call or returning any phone message regarding any correspondence or other mail matter that is sent by any putative D.O.L officer or employee and which is marked: **"Refused for Fraud"** and returned, unopened, to the appropriate putative D.O.L officer or employee; 3) administrative collection costs of **fifteen-hundred (1,500) Dollars** in lawful Money of the United States of America, for each and every trip to the Orland United States Post Office which must be made by O.S.G. employees, in order to pay for the Registered Mail or Certified Mail fees to verify for the administrative Record that the envelope or other unlawfully addressed mail matter is received by the appropriate putative D.O.L officer or employee, plus actual costs for the Registered Mail or Certified Mail fees incurred per each occurrence?
> <u>If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer</u>: **Yes.**

30) Is it true that neither the putative "Secretary" of the "U.S. Department of Labor", nor any other putative D.O.L. / M.S.H.A. officers, employees or agents, have any lawful authority to commit Mail Fraud, Theft, Exaction, Extortion, or any other criminal act, or have any lawful authority to compel any officer or employee of O.S.G. to be a party to Mail Fraud or any other criminal act? <u>If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer</u>: **Yes.**

31) Is it true that OSG conducts all its trade and business exclusively within the surveyed territorial Boundaries of California? <u>If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer</u>: **Yes.**

32) Is it true that O.S.G. never made application for or agreed to be "assigned" D.O.L. / M.S.H.A. (Federal) "Mine ID" number, *i.e.* 04-01876? <u>If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer</u>: **Yes.**

33) Is it true that D.O.L. / M.S.H.A. (Federal) "Mine ID" number 04-01876 was created by actual and constructive Fraud on the part of D.O.L. / M.S.H.A. employees and created a legal disability for O.S.G. where none previously existed? <u>If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer</u>: **Yes.**

34) Is it true that Fraud vitiates the most solemn contracts, debts, presentment demands for payment, documents, and even judgments? <u>If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer</u>: **Yes.** [See: *United States v. Throckmorton*, 98 U. S. 61, 25 L. Ed. 93 (1878)]

35) Is it true that the putative "Secretary" of the "U.S. Department of Labor" (D.O.L.) and all other putative D.O.L. / M.S.H.A. officers and employees, including Randy Cardwell, Steven J. Hagedorn, Joshua Love, *et al.*, by and through putative D.O.L. attorneys, Janet Marie Herold, Susan Rhay Gillett-Kumli, Joseph Michael Lake, *et al.*, are imputed *ipso jure*, to know that where there is absence of proof of jurisdiction, all administrative and judicial proceedings are a nullity, and confer no right, offer no protection, and afford no justification, and may be rejected upon

Notice to Principal is Notice to Agent,
Notice to Agent is Notice to Principal,
Applicable to all Successors, Assigns, and Agents:
Silence, when there is a moral or legal Duty to respond, constitutes Agreement.

> direct collateral attack? <u>If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer:</u> **Yes.** [See: *Thompson v. Tolmie*, 2 Pet. 157, 7 L. Ed. 381; *Griffith v. Frazier*; 8 Cr. 9, 3 L. Ed. 471]

36) Is it true that all previous Mine Safety and Health Administration (M.S.H.A.) "CITATIONS" issued by various putative D.O.L. / M.S.H.A. employees to O.S.G., and all fines / penalties and interest related to any alleged violations by O.S.G. of the "Federal Mine Safety & Health Act of 1977", *i.e.* 30 U.S.C. §§ 801 *et seq.*, are **void**, *ab initio*, due to both actual Fraud and constructive Fraud by M.S.H.A. / D.O.L. officers, employees and agents. <u>If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer:</u> **Yes.**

In reference to the foregoing material Facts regarding lawful personal Authority, fee schedules for compensation for theft / unauthorized use of private Property under color of law / color of office, forum state jurisdiction, domicile, constitutional requirements, requirements of law, and statutory definitions in legislative enactments by Congress, the following establishes agreement of the Parties to the material Facts about the rules of statutory construction.

37) Is it true that the purpose of providing a statutory definition is to supersede, not enlarge, the common or ordinary dictionary definition of a word? <u>If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer:</u> **Yes.** [See: *Stenberg v. Carhart*, 530 U.S. 914, 942, 120 S. Ct. 2597, 2615 (2000) ("When a statute includes an explicit definition, we must follow that definition, even if it varies from that term's ordinary meaning. *Meese v. Keene*, 481 U. S. 465, 484-485 (1987) ("It is axiomatic that the statutory definition of the term excludes unstated meanings of that term"); *Colautti v. Franklin*, 439 U. S. at 392-393, n. 10 ("As a rule, 'a definition which declares what a term "means" ... excludes any meaning that is not stated'"); *Western Union Telegraph Co. v. Lenroot*, 323 U. S. 490, 502 (1945) ("Of course, statutory definitions of terms used therein prevail over colloquial meanings."); *Fox v. Standard Oil Co. of N. J.*, 294 U. S. 87, 95-96, 55 S. Ct. 333, 336 (1935) ("[A] definition by the average man or even by the ordinary dictionary with its studied enumeration of subtle shades of meaning is not a substitute for the definition set before us by the lawmakers with instructions to apply it to the exclusion of all others."); see also: 2A N. Singer, Sutherland on Statutes and Statutory Construction §47.07, p. 152, and n. 10 (5th ed. 1992) (collecting cases)."); *Hughes Aircraft Co. v. Jacobson*, 525 U.S. 432, 438, 119 S. Ct. 755, 760 (1999) ("This Court's review -- begins with the statute's language."); *Estate of Cowart v. Nicklos Drilling Co.*, 505 U. S. 469, 475 (1992) ("In a statutory construction case, the beginning point must be the language of the statute, and when a statute speaks with clarity to an issue judicial inquiry into the statute's meaning, in all but the most extraordinary circumstance, is finished. *Demarest v. Manspeaker*, 498 U. S. 184, 190 (1991)."); *Cmty. for Creative Non-Violence v. Reid*, 490 U.S. 730, 739, 109 S. Ct. 2166, 2172 (1989) ("The starting point for our interpretation of a statute is always its language."); *BedRoc Limited, LLC v. United States*, 541 U.S. 176, 124 S. Ct. 1587, 158 L. Ed. 2d 338 (2004) ("The preeminent canon of statutory interpretation requires us to "presume that [the] legislature says in a statute what it means and means in a statute what it says there." *Connecticut Nat. Bank v. Germain*, 503 U.S. 249, 253-254 (1992). Thus, our inquiry begins with the statutory text, and ends there as well if the text is unambiguous. -- *Connecticut Nat. Bank*, supra, at 254.")].

Notice to Principal is Notice to Agent,
Notice to Agent is Notice to Principal,
Applicable to all Successors, Assigns, and Agents:
Silence, when there is a moral or legal Duty to respond, constitutes Agreement.

38) Is it true that there is a canon of legislative construction which teaches Congress that, unless a contrary intent appears all federal legislation is meant to apply only within the exclusive territorial jurisdiction of the United States, i.e., the District of Columbia, Puerto Rico, the federal territories, enclaves, and possessions? <u>If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer</u>: **Yes.** [See: e.g., *U. S. v. Spelar*, 338 U.S. 217 at 222]

39) Is it true that when the verb "means" is used in a "Federal Mine Safety & Health Act of 1977" (i.e. 30 U.S.C. §§ 801 *et seq.*) definition, the term and its definition are to be interchangeable equivalents; and, when the verb "includes" is used in a "Federal Mine Safety & Health Act of 1977" definition, the definition imports a general class, some of whose particular instances are those specified in the definition? <u>If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer</u>: **Yes.** [see: e.g., *Helvering v. Morgan's Inc.*, 293 U.S. 121, 125 n.1, 55 S. Ct. 60, 61 n.1, 79 L. Ed. 232 (1934), wherein the U. S. Supreme Court explained the meaning of the verbs "means" and "includes" in the context of the Revenue Act of 1926, as follows:

> *fn1 The terms 'means' and 'includes' are not necessarily synonymous. The distinction in their use is aptly pointed by sections 2, 200 of the act itself (26 USCA 1262, 931). Section 2(a) of the act (see 26 USCA 1262(a) and note) gives general definitions of ten terms; of these, three are stated to 'include' designated particular instances, the other seven are stated to 'mean' the definitions subsequently given. Section 200, in addition to the definitions contained in subsection (a), gives four of which two use the verb 'include' and two the verb 'means.' That the draftsman used these words in a different sense seems clear. The natural distinction would be that **where 'means' is employed, the term and its definition are to be interchangeable equivalents**, and that **the verb 'includes' imports a general class, some of whose particular instances are those specified in the definition**. This view finds support in section 2(b) of the act (26 USCA 1262(b), which reads: 'The terms 'includes' and 'including' when used in a definition contained in this title shall not be deemed to exclude other things otherwise within the meaning of the term defined.'

40) Is it true that the principle that "includes" is "not limiting" in the context of a "Federal Mine Safety & Health Act of 1977" definition does not diminish the principle established in *Helvering v. Morgan's* that "includes" imports a general class in the definition? <u>If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer</u>: **Yes.** [See: *Brigham v. United States*, 160 F. 3d 759 (1st Cir. 1998) ("but "includes" is not limiting. Rather, "[t]he terms 'includes' and 'including' . . . shall not be deemed to exclude other things otherwise within the meaning of the term defined." In light of this we apply the principle that a list of terms should be construed to include by implication those additional terms of like kind and class as the expressly included terms. *fn2 This follows from the canon *noscitur a sociis*, "a word is known by the company it keeps." *Neal v. Clark*, 95 U.S. 704, 708-09 (1878)"). The principle that "includes" is "not limiting", the principle that "includes" imports a general class, and the interpretive canon *noscitur a sociis* are all complementary and harmonious.]

Notice to Principal is Notice to Agent,
Notice to Agent is Notice to Principal,
Applicable to all Successors, Assigns, and Agents:
Silence, when there is a moral or legal Duty to respond, constitutes Agreement.

41) Is it true that the statutory provisions, which authorize the civil "fines" imposed by the "Federal Mine Safety & Health Act of 1977", including the alleged legal requirement to file a Federal "Legal Identity Report Form (i.e., M.S.H.A. Form No. 2000-7); must be strictly construed in conformity with the well-settled principle of law, repeatedly affirmed by the U.S. Supreme Court, that unless a contrary intent appears, all federal legislation is meant to apply only within the exclusive territorial jurisdiction of the United States, so as not to contravene the constitutional limits set on the legislative authority of Congress?  **If no answer in rebuttal is provided, under penalty of perjury, Parties agree with Answer: Yes.**

In accord with the Common Law of California [see: "CALIFORNIA CIVIL CODE", Sections 5 and 22.2], thirty (30) calendar days from the verified receipt of this information by you or your duly authorized agent, your silence shall be deemed agreement to the truth of the answers to the foregoing Material Facts in law and by operation of law you will be deemed estopped by your constitutionally-required Oath of Office and obligation to adhere to the United States Supreme Court mandated case law precedent on statutory construction from inferring any other meaning to the foregoing material Facts.

Additionally your silence will, *ipso jure*, be deemed as an estoppel to all D.O.L. / M.S.H.A. officers, employees, and agents from inferring any other meaning to the foregoing material Facts, or from initiating or maintaining any litigation against O.S.G. in any foreign (Federal) court, absent verified proof of personal authority and jurisdiction, and from entering upon any private Land owned by O.S.G. or from interfering in any manner whatsoever with the business operations of O.S.G. without prior written Consent of the owner.

Sincerely,
By: *Dale Roy [Bogart]*
Dale Roy [Bogart], *sud potestas esse*[3],
authorized Signatory for O.S.G.
(not an Accommodation Party)

**You are hereby given NOTICE:** This commercial Instrument, *i.e.*, Stipulation to Material Facts by Agreement of the Parties and Notice of Estoppel must be filed as a permanent Part of, but not limited to, the "UNITED STATES DISTRICT COURT" for the "EASTERN DISTRICT OF CALIFORNIA" existing case records and/or files, for the referenced name: "ORLAND SAND & GRAVEL CORPORATION" and assigned case / account number 2:11-CV-01706-JAM-JFM; as well as, all relevant "U.S. Department of Labor" / "Mine Safety and Health Administration" existing records and/or files for the referenced name: "ORLAND SAND & GRAVEL CORPORATION" and assigned Federal "Mine ID" number 04-01876

///

---

[3] ***sua potestas esse*** – having full Power and Authority over one's own dominions.

Notice to Principal is Notice to Agent,
Notice to Agent is Notice to Principal,
Applicable to all Successors, Assigns, and Agents:
Silence, when there is a moral or legal Duty to respond, constitutes Agreement.

Copy by Registered Mail to: U.S. Department of Labor
"OFFICE OF THE SOLICITOR"
Attention: Janet Marie Herold, Esq.
Susan Rhay Gillett-Kumli, Esq.
Joseph Michael Lake, Esq.
90 Seventh Street, Suite 3-700 [94103]
San Francisco (03), California, U. S. of A.

Copy by Certified Mail to: U.S. Department of Labor
"MINE SAFETY AND HEALTH ADMINISTRATION"
Attention: Joshua Love
991 Nut Tree Road [95687]
Vacaville (87), California, U. S. of A.

(second original to: private administrative file)