JANET M. HEROLD, Regional Solicitor
SUSAN GILLETT KUMLI, Counsel for Safety and Health
JOSEPH M. LAKE, Trial Attorney
lake.joseph@dol.gov
California State Bar No. 246679
Office of the Solicitor
United States Department of Labor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7758
Facsimile: (415) 625-7772

Attorneys for the Plaintiff
SETH D. HARRIS, Acting Secretary of Labor
UNITED STATES DEPARTMENT OF LABOR

FILED

AUG 07 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor<br><br>Plaintiff,<br><br>v.<br><br>ORLAND SAND & GRAVEL CORPORATION,<br><br>Defendant. | HON. ALLISON CLAIRE<br><br>Case No.: 2:11-CV-01706 JAM (AC)<br><br>(~~PROPOSED~~) ORDER FINDING DEFENDANT ORLAND SAND & GRAVEL CORPORATION AND DALE "DOC" BOGART IN CIVIL CONTEMPT |

Upon the Motion of Plaintiff SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor (the "Secretary"), and the declarations and exhibit filed in support thereof, it is hereby ORDERED:

Defendant Orland Sand & Gravel Corporation ("OSG"), and its owner, Dale "Doc" Bogart, are in contempt of this Court for their failure to comply with the Court's Order, dated March 12, 2013.

IT IS FURTHER ORDERED:

1. The mining operations and any other business of Defendant OSG shall be enjoined for a period of twelve (12) months;

2. OSG and Bogart shall be jointly and severally liable for a monetary sanction of $50,000. This sanction shall be paid to the United States Treasury, c/o Mine Safety and Health Administration, 991 Nut Tree Road, Vacaville, California 95687;

3. Bogart shall be taken into custody by the United States Marshal Service and confined for a period of thirty (30) days.

Five thousand dollars ($5,000) of the monetary sanction shall be paid within fourteen (14) days of this Order. The remaining sanctions shall be suspended. The remaining sanctions shall be imposed immediately should OSG or Bogart violate Section 103 of the Federal Mine Safety and Health Act (the "Act") of 1977, 30 U.S.C. § 801 *et seq.* by denying authorized representatives of the Secretary entry to and to permit the inspection of the Orland Sand and Gravel Corporation mine operated by Defendant OSG; or by refusing to permit inspection of the mine and related equipment; or by interfering with, hindering and delaying the Secretary of Labor or her authorized representatives from carrying out the provisions of the Act. Should OSG and Bogart comply with Section 103 of the Act for a period of five years from the date of this Order, the suspended sanctions shall be terminated.

IT IS SO ORDERED.

Dated: August 7, 2013

~~ALLISON CLAIRE~~ JOHN A. MENDEZ
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

(Proposed) Order Finding Contempt 2