**FILED**

OCT 06 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor, Plaintiff, v. ORLAND SAND & GRAVEL CORPORATION, Defendant. | 2:11CV01706 JAM AC<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, Dale "Doc" Bogart, 2:11cv01706 JAM AC, from custody subject to the conditions as stated on the record and for the following reasons:

**X** Release on Personal Recognizance

___ Bail Posted in the Sum of: $

    ___ Unsecured Appearance Bond

    ___ Secured Appearance Bond

    ___ (Other) <u>Conditions as stated on the record.</u>

    ___ (Other)

Issued at Sacramento, CA at 2:55 PM at October 6, 2014

By _____
John A. Mendez
United States District Court Judge