JANET M. HEROLD
Regional Solicitor
PATRICIA DRUMMOND
Counsel for Safety and Health
JOSEPH M. LAKE
Senior Trial Attorney
lake.joseph@dol.gov
California State Bar No. 246679
Office of the Solicitor
United States Department of Labor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7758
Facsimile:  (415) 625-7772

Attorneys for Plaintiff
THOMAS E. PEREZ, Secretary of Labor
UNITED STATES DEPARTMENT OF LABOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> ORLAND SAND & GRAVEL CORPORATION, <br><br> Defendant. | HON. JOHN A. MENDEZ <br><br> Case No.: 2:11-CV-01706 JAM (AC) <br><br> ORDER AFTER OCTOBER 6, 2014 HEARING |

On October 6, 2014, a hearing was held on the continued civil contempt of Defendant Orland Sand & Gravel Corporation ("OSG") and its owner, Dale "Doc" Bogart. The hearing was attended by representatives of Plaintiff Thomas E. Perez, Secretary of Labor, U.S. Department of Labor (the "Secretary") and by the owner of Defendant OSG, Dale "Doc" Bogart. The Court finds that Defendant OSG and Bogart remain in contempt of this Court for their failure to comply with this Court's Order, dated March 12, 2013, in that they have again denied authorized representatives of the Secretary entry to the OSG mine and have refused to permit inspection of the mine and related equipment. Upon the representation by Mr. Bogart that he and Defendant OSG will cease their contumacious behavior going forward, it is hereby ORDERED that:

**(PROPOSED) ORDER** 1

1. Should Defendant OSG or anyone acting on its behalf, including Mr. Bogart, act in contempt of this Court's March 12, 2013 order by denying entry to the OSG mine to the Secretary's authorized representatives, or otherwise interfering with, hindering or delaying the Secretary in inspecting the mine and related equipment, Defendant OSG, or any successor entity will be immediately enjoined from operating the OSG mine and any other business for a period of twelve (12) months from the date of such denial;

2. Should Defendant OSG or anyone acting on its behalf, including Mr. Bogart, act in contempt of this Court's March 12, 2013 order by denying entry to the OSG mine to the Secretary's authorized representatives, or otherwise interfering with, hindering or delaying the Secretary in inspecting the mine and related equipment, Defendant OSG and Mr. Bogart shall be jointly and severally liable for a coercive monetary sanction of $500 per day for each day, starting from the date of such denial until the authorized representatives of the Secretary are able to conduct an inspection of the OSG mine without being denied entry, interfered with, hindered or delayed in inspecting the OSG mine and related equipment. This sanction shall be paid to the United States Treasury, c/o Mine Safety and Health Administration, 991 Nut Tree Road, Vacaville, California 95687; and

3. Defendant OSG and Bogart shall be enjoined from filing liens, threatening to file liens, attempting to file liens or in any way threatening or attempting to encumber the real or personal property of any federal law enforcement officers, including Mine Safety and Health Inspectors who are the authorized representatives of the Secretary, on account of the performance of official duties by the federal law enforcement officers, in violation of 18 U.S.C. 1521.

/ / /

**(PROPOSED) ORDER** 2

4. Should Defendant OSG or anyone acting on its behalf, including Mr. Bogart, act in contempt of this Court's March 12, 2013 order by denying entry to the OSG mine to the Secretary's authorized representatives, or otherwise interfering with, hindering or delaying the Secretary in inspecting the mine and related equipment, Dale "Doc" Bogart shall be taken into custody by the United States Marshal Service and confined for a period of thirty (30) days, or until he can show that he is in compliance with this Court's order dated March 12, 2013, whichever occurs first.

IT IS SO ORDERED.

DATED: October 7, 2014                    /s/ John A. Mendez_____
                                          HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE